OFFICE OF DISCIPLINARY COUNSEL *v.* MILLER.

[Cite as *Disciplinary Counsel v. Miller* (1997), 79 Ohio St.3d 115.]

(No. 97–437—Submitted April 16, 1997—Decided June 25, 1997.)

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*Frank M. Pignatelli,* for respondent.

*Per Curiam.* We agree with the findings, conclusions, and recommendation of the board. We hereby suspend respondent from the practice of law for one year with credit for time served since his interim suspension was imposed. Costs are taxed to respondent.

*Judgment accordingly.*

DOUGLAS, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and RESNICK, J., dissent because they would not give respondent credit for time served.

COOK, J., not participating.